# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Candice Katie Towner,<br><br>    Plaintiff<br>v.<br><br>Frederick Omoyuma Silver,<br><br>    Defendant | Case No. 2:19-cv-00636-JAD-EJY<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

In August 2019, the court dismissed this action for lack of subject-matter jurisdiction with leave to amend by September 15, 2019, warning that the failure to act by that deadline would result in a recommendation by the magistrate judge that this case be dismissed. No action was taken by that deadline, and the magistrate judge now recommends that I dismiss this case.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 6] is ADOPTED**;

IT IS FURTHER ORDERED THAT **this case is dismissed** without prejudice. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

 

                                                                _____
                                                             U.S. District Judge Jennifer A. Dorsey
                                                             Dated: January 22, 2020

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).